1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT

18

DISTRICT OF NEVADA

19

20

THOMAS O'BRIEN,

21

            Plaintiff,

22

        v.

23

MORGAN STANLEY, GARY ELROD,
R. SCOTT GROSS, SEANA SCOTT, TYLER
24

WHITTEN, DOES 1-10,

25

            Defendants.

26

27

28

Case No. 3:07-CV-46

**ORDER TO EXTEND TIME FOR
FILING OPPOSITION AND REPLY
BRIEFING ON DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT OR, IN THE
ALTERNATIVE, FOR PARTIAL
SUMMARY JUDGMENT**

OHS West:260338049.1

STIPULATION & [PROPOSED] ORDER TO CONTINUE
OPPOSITION AND REPLY BRIEFING ON MOTION
FOR SUMMARY JUDGMENT (CASE NO. 3:07-CV-46)

1    Plaintiff Thomas O'Brien ("Plaintiff") and Defendants Morgan Stanley & Co., Inc., Gary

2    Elrod, R. Scott Gross, Seana Scott, and Tyler Whitten (collectively, "Defendants") hereby

3    stipulate, by and through their counsel of record, pursuant to Local Civil Rule 7-1, to extend the

4    deadline for Plaintiff to file his Opposition to Defendants' Motion For Summary Judgment Or, In

5    The Alternative, For Partial Summary Judgment Against Plaintiff Thomas O'Brien, filed with this

6    Court on October 30, 2007, until November 26, 2007.  The deadline for Defendants to file their

7    Reply brief is extended until December 20, 2007.

8    Dated: November 14, 2007.

9                                        KEVIN J. MIRCH
                                         MARIE C. MIRCH
10                                       MIRCH & MIRCH

11

12                                       By: /s/ Marie Mirch
                                              Marie C. Mirch
13                                          Attorneys for Plaintiff
                                              Thomas O'Brien

14   Dated: November 15, 2007.

15                                       TRISH M. HIGGINS
                                         ERIN M. CONNELL
16                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

17                                       RICK D. ROSKELLEY
                                         SANDRA KETNER
18                                       LITTLER MENDELSON

19

20                                       By: /s/ Trish Higgins
                                              Trish M. Higgins
21                                          Attorneys for Defendants
                                         Morgan Stanley & Co., Inc., Gary Elrod, R. Scott
22                                         Gross, Seana Scott, Tyler Whitten

23   **IT IS SO ORDERED.**

24   DATED:  November 19, 2007.

25

26

27   _____
     LARRY R. HICKS
28   UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO CONTINUE
OPPOSITION AND REPLY BRIEFING ON MOTION
FOR SUMMARY JUDGMENT (CASE NO. 3:07-CV-46)